UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. JUDGE NO.: 03-907-MBB |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RAMOS | ) | |

### ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH INDICTMENT MUST BE FILED

Pursuant to Title 18, United States Code, Section 3161(b), the United States of America moves to extend the time within which an indictment must be filed in the above-captioned case. As grounds for this motion, the government states that the parties have been engaged in discussions which may resolve this case prior to the filing of an indictment. The parties anticipate that those discussions will be completed on or about March 16, 2004. For the foregoing reasons, the government requests that the time within which an indictment must be filed in this case be extended until March 16, 2004. The government further moves that the Court issue an order of excludable delay to include the time from the filing of this motion until March 16, 2004. Defendant Robert Ramos, through his counsel of record, assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Emily R. Schulman
EMILY R. SCHULMAN
Assistant U.S. Attorneys

Dated: February 12, 2004

CERTIFICATE OF SERVICE
I, Emily R. Schulman, hereby certify that I have served a copy of the foregoing motion on Jeffrey Denner, Esq., Denner Associates, P.C., Four Longfellow Place, Suites 3501-06, Boston,

MA 02114, by first-class mail, postage prepaid this date.

_____
EMILY R. SCHULMAN
Assistant U.S. Attorney